UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MONTGOMERY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. BANK, N.A., AS TRUSTEE FOR MLM1 TRUST SERIES 2006-HE4, BANK OF AMERICA,<br><br>　　　　Defendant. | Case No. 25-cv-03571-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 7 |

The Court DIRECTS Plaintiffs TO SHOW CAUSE why the case should not be dismissed for failure to prosecute, given Plaintiffs' failure to file a response to Defendant's motion to dismiss, Dkt. No. 7, by the May 14, 2025 deadline, or a statement of non-opposition as required by Civil L.R. 7-3(b).  Plaintiffs shall file a statement of two pages or less by June 19, 2025.

**IT IS SO ORDERED.**

Dated: May 19, 2025

　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge