UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MONTGOMERY, et al., | Case No. 25-cv-03571-HSG |
| Plaintiffs, | **ORDER DENYING MOTION TO RECONSIDER** |
| v. | Re: Dkt. No. 27 |
| U.S. BANK, N.A., AS TRUSTEE FOR MLM1 TRUST SERIES 2006-HE4, BANK OF AMERICA, | |
| Defendant. | |

Pending before the Court is the motion for reconsideration filed by pro se Plaintiffs Ray and Marie Lynn Montgomery. Dkt. No. 27. The Court **DENIES** the motion.

Motions for reconsideration should not be frequently made or freely granted; they are not a substitute for appeal or a means of attacking some perceived error of the court. *See Twentieth Century-Fox Film Corp. v. Dunnahoo*, 637 F.2d 1338, 1341 (9th Cir. 1981). If a motion for reconsideration is filed within ten days of entry of judgment, it is treated as a motion to alter or amend judgment under Rule 59(e); if not, it is treated as a motion for relief from judgment under Rule 60(b) of the Federal Rules of Civil Procedure. *See Am. Ironworks & Erectors v. N. Am. Constr. Corp.*, 248 F.3d 892, 898–99 (9th Cir. 2001).[1] Rule 60(b) provides for reconsideration where one or more of the following is shown: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered before the court's decision; (3) fraud by the adverse party; (4) the judgment is void; (5) the judgment has been satisfied; (6) any other reason justifying relief. Fed. R. Civ. P. 60(b). Any

[1] Plaintiffs' motion was filed 21 days after entry of judgment in favor of Defendants.

dissatisfaction with the court's order or belief that the court is wrong in its decision are not adequate grounds for relief; a motion for reconsideration is not a substitute for appeal. *Twentieth Century-Fox Film Corp.*, 637 F.2d at 1341.

Plaintiffs have not shown that any of the factors under Rule 60(b) are present here. They have presented no newly discovered evidence, and no signs of mistake, surprise or excusable neglect. And they have not presented any arguments (beyond those already considered and rejected by the Court) that Defendants engaged in fraud. Nor have they made any showing that the judgment is void or has been satisfied. Accordingly, the Court **DENIES** the motion for reconsideration.

**IT IS SO ORDERED.**

Dated:    1/29/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2